UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORREY SELCK,

Plaintiff,

v.

KAISER PERMANENT, et al.,

Defendants.

No. 2:25-cv-02607-DAD-CSK PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND AND DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT

(Doc. Nos. 17, 22, 29)

Plaintiff Morrey Selck is proceeding *pro se* in the above-captioned civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's first amended complaint (FAC) be dismissed for failure to state a claim upon which relief may be granted and without leave to amend.[1] (Doc. No. 29.) Specifically, the magistrate judge concluded that plaintiff's FAC failed to even level allegations

[1] The magistrate judge noted that plaintiff had been given notice of the court's *sua sponte* intention to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and had been given fourteen (14) days to file a written opposition. (Doc. No. 29 at 4.) Plaintiff submitted an unsigned response to that order which the magistrate judge and the undersigned have nonetheless considered. (*Id.* at 4–5.)

against the named defendants in this action, instead referring to individuals not named as defendants. (*Id.* at 4.) The magistrate judge also found that the FAC identified no specific causes of action and failed to provide a cogent narrative of plaintiff's claims. (*Id.*) In light of the nature of plaintiff's FAC and its obvious deficiencies, the magistrate judge essentially found that the granting of leave to amend would be futile. (*Id.* at 4–5.) Having concluded that plaintiff's complaint should be dismissed without leave to amend, it was also recommended that both of the defendants' motions to dismiss (Doc. Nos. 17, 22) should be denied as moot if the findings and recommendations were adopted. (Doc. No. 29 at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5–6.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 28, 2026 (Doc. No. 29) are adopted in full;
2. Plaintiff's first amended complaint is dismissed for failure to state a claim upon which relief may be granted and without leave to amend;
3. Defendants' motions to dismiss (Doc. Nos. 17, 22) plaintiff's first amended complaint are denied as having been rendered moot by this dismissal order; and

/////

/////

/////

---

[2] Although plaintiff did not file any objections to the pending findings and recommendations, on June 3, 2026, plaintiff did file a notice of interlocutory appeal (Doc. No. 30) as to the findings and recommendations prior to the undersigned considering them. On July 13, 2026, the Ninth Circuit Court of Appeals dismissed that appeal for lack of jurisdiction. (Doc. No. 34.)

4. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE